## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ZACHARY TEMPLE,**<br><br>　　　　　　Plaintiff,<br>v.<br><br>**AMSHER COLLECTION SERVICES, INC.,**<br><br>　　　　　　Defendant. | Civil Case No.:<br><br>**COMPLAINT**<br>**JURY TRIAL DEMANDED** |

### MOTION AND AFFIDAVIT OF JEREMY M. GLAPION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**JEREMY M. GLAPION**, being duly sworn, hereby deposes and says as follows:

1. I am the founder and sole partner of The Glapion Law Firm.

2. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Zachary Temple.

3. I submit this affidavit in support of my request to appear *pro hac vice*.

4. I am a member in good standing of the Bars of the States of New York and New Jersey.

5. I am a member in good standing of the District of New Jersey, as shown in the Certificate of Good Standing attached hereto.

6. There are no pending disciplinary proceedings against me in any State or Federal court.

7. I swear under the penalty of perjury that the foregoing is true and correct.

**Date:** July 20, 2015

s/Jeremy M. Glapion
Jeremy M. Glapion, Esq.
**THE GLAPION LAW FIRM**
1704 Maxwell Drive, Suite 102
Wall, NJ 07719
P: 732.455.9737
F: 732.709.5150
E: jmg@glapionlaw.com