FILED
2015 Jul 20 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Jeremy M. Glapion

was duly admitted to practice in said Court as of May 19, 2015, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: July 14, 2015

WILLIAM T. WALSH, CLERK

By _____

Marina Lucic, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.