FILED

2015 Jul-27 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| | | |
|---|---|---|
| Zachary Temple | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:15-1214 - RDP |
| AmSher Collection Services, Inc. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AmSher Collection Services, Inc.
600 Beacon Parkway West Suite 300
Birmingham, AL 35209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeremy M. Glapion
The Glapion Law Firm
1704 Maxwell Drive, Suite 102
Wall, NJ 07719

If you fail to respond, judgment by default *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS,

*CLERK OF COURT*

Date: July 23, 2015

*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5th AVENUE NORTH
BIRMINGHAM, AL 35203 2040

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-1214

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  AmSher Collection Services Inc
was received by me on *(date)*  7/24/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jannell Hick - Client Services Representative , who is
designated by law to accept service of process on behalf of *(name of organization)* AmSher
Collection Services Inc _____ on *(date)* 7/27/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/27/15

_____
*Server's signature*

Kasey Steinberg
*Printed name and title*
AlaServe, LLC
855-273-7831
AlaServe@aol.com
P. O. Box 32
McCalla, AL  35111
*Server's address*

Additional information regarding attempted service, etc:

Service made at: 4524 Southlake Parkway, Suite 15
Hoover, AL 35244