IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ZACHARY TEMPLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Case No.: 7:15-CV-01214-RDP |
| AMSHER COLLECTION SERVICES, INC., | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Zachary Temple ("Mr. Temple") and Defendant Amsher Collection Services, Inc. ("Amsher"), by and through their undersigned counsel, hereby jointly stipulate all of Mr. Temple's claims against Amsher shall be dismissed with prejudice, with court costs to be taxed as paid.

Dated: April 15, 2016.

Respectfully submitted,

/s/ Jeremy M. Glapion
Jeremy M. Glapion
The Glapion Law Firm, LLC
1704 Maxwell Drive, Suite 102
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com
Attorneys for Plaintiff Zachary Temple

/s/ E. Britton Monroe
E. Britton Monroe
Laura C. Nettles
LLOYD, GRAY, WHITEHEAD
& MONROE, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35223
Telephone (205) 967-8822
Facsimile (205) 967-2380
bmonroe@lgwmlaw.com
lnettles@lgwmlaw.com
Attorneys for Amsher Collection Services, Inc.