FILED
2016 Apr-18  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **ZACHARY TEMPLE,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 7:15-CV-1214-RDP |
| } | |
| **AMSHER COLLECTION SERVICES,** } | |
| **INC.,** } | |
| } | |
| Defendant. } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal With Prejudice (Doc. # 32), filed April 15, 2016, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this April 18, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE